IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 4:09CR00049-02 SWW |
| | ) | |
| ALONZO HAMPTON | ) | |

## SUPERSEDING INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE

On or about June 4, 2008, in the Eastern District of Arkansas, the defendant

ALONZO HAMPTON,

having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit: Possession of a Controlled Substance with the Intent to Distribute - Cocaine Base, in violation of Title 21, United States Code, Section 841(a)(1), did conceal the same, and did not soon as possible make known the same to some judge or other person in civil or military authority under the United States. All in violation of Title 18, United States Code, Section 4.

JANE W. DUKE
UNITED STATES ATTORNEY

By: MICHAEL GORDON
Bar Number 00795383
Assistant U. S. Attorney
P.O. Box 1229
Little Rock, AR 72203
Telephone: (501) 340-2600
E-mail: michael.gordon@usdoj.gov