**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                         NO. 4:09CR00049-002 SWW

ALONZO HAMPTON

<u>ORDER</u>

    Defendant appeared for a change of plea hearing before this Court on September 15, 2010 at which time the Court directed that the Order Setting Conditions of Release [doc #21] be modified.

    IT IS THEREFORE ORDERED that defendant's conditions of release shall be modified to include that defendant is restricted from where Geneva Davey resides or stays.  The purpose of this restriction is to avoid a confrontation between defendant and Geneva Davey.  However, this restriction does not prevent defendant from seeing Ms. Davey when she brings their child to the defendant.   All other conditions remain in effect.

    Defendant is reminded that he shall appear at all court proceedings as required when notified by counsel or the U. S. Probation Office.

    DATED this 16th day of September 2010.

                                             /s/Susan Webber Wright
                                            UNITED STATES DISTRICT JUDGE