PROB 12B
ED/AR (12/2012)

**FILED**
U.S DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 17 2014

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

## United States District Court
### for the
### Eastern District of Arkansas

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Alonzo Hampton                    Case Number: 4:09CR00049-002 SWW

Name of Sentencing Judicial Officer:   Honorable Susan Webber Wright
                                        United States District Judge

Original Offense:       Misprision of a Felony

Date of Sentence:       February 14, 2011

Original Sentence:      27 months Bureau of Prisons, 1 year supervised release, DNA, substance abuse testing and treatment, abstain from the use of alcohol throughout the course of treatment, and $100 special penalty assessment

| Type of Supervision: | Supervised Release | Date Supervision Commenced: October 25, 2013<br>Date Supervision Expires: October 24, 2014 |
|---|---|---|
| U.S. Probation Officer: Daniel M. Cole | Asst. U.S. Attorney: Mike Gordon | Defense Attorney: Lisa Peters |

### PETITIONING THE COURT

☐   To extend the term of supervision for _____ year(s), for a total term of _____ years.
☒   To modify the conditions of supervision as follows:

The defendant will have no direct contact with minors (under age 18) without written approval from the probation office and will refrain from entering into any area where children frequently congregate including, but not limited to, schools, daycare centers, theme parks, theaters, and playgrounds. The defendant will have no contact with the victim or the victims family.

### CAUSE

On May 8, 2014, the defendant admitted to consuming alcohol and signed an admission form.

The defendant is currently on state probation with the Arkansas Department of Correction for his conviction of sexual assault 4th on February 25, 2013. The defendant has several state sex offender special conditions of supervision which include the conditions listed above. To better ensure the protection of the community while the defendant is on federal supervision, it is recommended that the above condition be added.

Prob 12B -2- Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Alonzo Hampton          Case Number: 4:09CR00049-002 SWW

_____           _____
Daniel M. Cole                            Mike Gordon
U.S. Probation Officer                    Assistant U.S. Attorney

Date: June 11, 2014                       Date: 6/11/14

Approved:

_____
Supervising U.S. Probation Officer

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

☐ No Action
☐ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above
☐ Other

_____
Signature of Judicial Officer

6-17-2014
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

c:  Assistant Federal Public Defender, Lisa Peters, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
    Assistant U.S. Attorney, Mike Gordon, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant will have no direct contact with minors (under age 18) without written approval from the probation office and will refrain from entering into any area where children frequently congregate including, but not limited to, schools, daycare centers, theme parks, theaters, and playgrounds. The defendant will have no contact with the victim or the victims family.

Witness: _____      Signed: _____
U.S. Probation Officer                              Probationer or Supervised Releasee

_____6-6-14_____
DATE