IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

vs.                           NO.  4:09CR00049-002  SWW

ALONZO HAMPTON                                                  DEFENDANT

## AMENDED ORDER

The above entitled cause came on for hearing on July 10, 2014 on the government's motion to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Upon the basis of statements on the record and the testimony of the witnesses, the Court found that the defendant has violated the conditions of supervised release without just cause. However, the Court has determined that defendant's supervised release should not be revoked at this time but instead will modify the conditions of supervised release.

IT IS THEREFORE ORDERED that defendant's term of supervised release shall be modified to include the following special conditions:

1. Defendant shall serve the remainder of the term of supervised release on home detention with location monitoring under the guidance and supervision of the U. S. Probation Office. The cost of such monitoring is to be paid by the United States Probation Office. Defendant must pay to have a land line telephone installed.

2. Defendant shall notify the Holly Grove Chief of Police, state authorities and the U. S. Probation Officer of his address. He must comply with state laws governing convicted sex offenders.

All other conditions of defendant's supervised release previously imposed shall continue and remain in full force and effect until the expiration of his term of supervised release.

The Court reminds defendant that any further violation of the terms of his supervised release

could result in revocation of his release. Defendant shall remain detained until a suitable release plan has been established and approved by the U. S. Probation Office.

IT IS FURTHER ORDERED that the government's petition to revoke defendant's supervised release [doc #83] is reinstated and a hearing on this matter is continued to *October 24, 2014 at 10:00 a.m.*

DATED this 10th day of July 2014.

/s/Susan Webber Wright
United States District Judge