UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| v. | ) | CASE NO. 4:09CR00049-SWW-2 |
| | ) | |
| ALONZO HAMPTON | ) | DEFENDANT |

**MOTION TO VACATE AMENDED ORDER**

Comes the defendant, Alonzo Hampton, by and through undersigned counsel, and for his Motion to Vacate Amended Order, hereby states:

1. On June 27, 2014, the Government filed a Petition for Summons for Offender Under Supervision. A revocation hearing was held July 10, 2014. This Court dismissed without prejudice the Petition for Summons, and modified the conditions of supervised release to include home detention with electronic monitoring. This Court ordered Defendant incarcerated until a suitable release plan was approved;

2. On July 10, 2014, an Amended Order was filed reinstating the Petition for Summons for Offender Under Supervision. Defendant's revocation hearing was continued to October 24, 2014. Defendant maintains that this Amended Order violates Fed. R. Crim. P. 32.1 (b)(2). This rule states that unless waived by the person, the court *must* hold the revocation hearing within a reasonable time in the district having jurisdiction (emphasis added). Defendant has not waived his right to a reasonable time for his revocation hearing, and October 24, 2014 – some three (3) months later, is an unreasonable period of time for

the revocation hearing. Defendant's supervised release expires October 24, 2014. There are no issues with unavailable witnesses and a hearing was held July 10, 2014, in this matter. All evidence pertaining to the allegations in the revocation petition were addressed at the revocation hearing. Thus, any additional allegations of misconduct arising out of the June 27, 2014, revocation petition are foreclosed.

WHEREFORE, based on the foregoing, defendant prays that this Motion be granted, the Court's Amended Order be vacated, and Defendant be immediately released from custody, and for all other just and appropriate relief. In the alternative, he requests a hearing on this matter.

Respectfully submitted,

JENNIFFER HORAN
FEDERAL DEFENDER

By: /s/ Latrece Gray
Latrece Gray
Bar No. 93-028
Assistant Federal Defender
1401 West Capitol Avenue, Suite 490
Little Rock, AR 72201
Phone: (501) 324-6113
Email: Latrece_Gray@fd.org

For: Alonzo Hampton, Defendant

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of July, 2014, a true and correct copy of the foregoing was mailed to the Defendant and was electronically filed with the Clerk of the Court using the CM/ECF system, which shall send notification to the following:

| | |
|---|---|
| Stephanie Mazzanti, Assistant United States Attorney | Daniel Cole |
| United States Attorney's Office | United States Probation Officer |
| P.O. Box 1229 | 615 S. Main St., Rm. 321 |
| Little Rock, Arkansas 72203 | Jonesboro, AR 72401 |
| stephanie.mazzanti@usdoj.gov | daniel.cole@usrep.uscourts.gov |

/s/ Latrece Gray
Latrece Gray