# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                                              NO.     4:09CR00049-002 SWW

ALONZO HAMPTON

### ORDER

Before the Court is defendant's motion to vacate amended order.  Upon review, the Court finds the amended order was in error and therefore the motion to vacate should be granted.

The Court hereby vacates the amended order.  The Court reinstates the previous Order dismissing the petition to revoke supervised release and modifying the conditions of supervised release but now orders that defendant be released instead of being detained until a release plan has been established.  In accordance with the prior Order, the term of defendant's supervised release is modified to include two special conditions.  First, the defendant shall serve the remainder of the term of supervised release on home detention with location monitoring under the guidance of the United States Probation Office.  The cost of such monitoring is to be paid by the United States Probation Office.  Defendant must pay to have a land line telephone installed. Two, the defendant shall notify the Holly Grove Chief of Police, state authorities, and the United States Probation Officer of his address.  He must comply with state laws governing convicted sex offenders.

All other conditions of defendant's supervised release previously imposed shall continue to remain in full force and effect until the expiration of his term of supervised release.

Any further violations of the terms of defendant's supervised release could result in

revocation of his release.

IT IS THEREFORE ORDERED that the motion to vacate amended order [ECF No.95] is granted.  The Court hereby reinstates the previous Order to the extent that it denies the petition to revoke and modifies the conditions of supervised release.

DATED this 11th day of July, 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE