OPROB 12C
ED/AR (2/2005)

FILED
EASTERN DISTRICT COURT
U.S. DISTRICT ARKANSAS

JUL 15 2014

JAMES W. McCORMACK, CLERK
By:_____
DEP/CLERK

# United States District Court
## for the
## Eastern District of Arkansas
## Petition for Summons for Offender Under Supervision

Name of Offender: Alonzo Hampton          Case Number: 4:09CR00049-002 SWW

Name of Sentencing Judicial Officer:   Honorable Susan Webber Wright
United States District Judge

Original Offense:      Misprision of a Felony

Date of Sentence:      February 14, 2011

Original Sentence:     27 months Bureau of Prisons, 1 year supervised release, DNA, substance abuse testing and treatment, abstain from the use of alcohol throughout the course of treatment, and $100 special penalty assessment

Modification:          June 17, 2014: The defendant will have no direct contact with minors (under age 18) without written approval from the probation office and will refrain from entering into any area where children frequently congregate including, but not limited to, schools, daycare centers, theme parks, theaters, and playgrounds. The defendant will have not contact with the victim or the victims family

Modification:          July 11, 2014: Home detention with location monitoring until supervised release expires, defendant must pay the cost of a land line, defendant shall notify local and state authorities and the probation office of his address and comply with state laws governing sex offenders

| Type of Supervision: | Supervised Release | Date Supervision Commenced: October 25, 2013 Date Supervision Expires: October 24, 2014 |
|---|---|---|

| U.S. Probation Officer: Daniel M. Cole | Asst. U.S. Attorney: Michael Gordon | Defense Attorney: Latrece Gray |
|---|---|---|

## PETITIONING THE COURT

☒     To Issue a Sealed Warrant Pending Execution (cc: U.S. Probation, U.S. Marshal)
☐     To Issue a Summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Prob 12C                                                   -2-                              Petition for Warrant for
                                                                                            Offender Under Supervision

Name of Offender:  Alonzo Hampton                              Case Number:  4:09CR00049-002 SWW

| Violation Number | Condition and Number | Nature of Noncompliance |
|---|---|---|
| 1. | General | **The defendant shall not commit another federal, state, or local crime.** |
| 2. | General | **The defendant shall not posses a firearm, ammunition, destructive device, or any other dangerous weapon.** |

On June 13, 2014, the defendant violated these conditions of supervised release by assaulting a man with his fists and then pulling out a gun and threatening him with it.  On July 3, 2014, while the defendant was being arrested, he was found to be in possession of a cell phone and wedding ring that belonged to his sister.  His sister thought the items had burned in her house fire.

These violations are evidenced by Holly Grove, Arkansas, Police Department Incident #HG-0014-0019 and arrest warrants issued by the Monroe County, Arkansas, District Court on July 10, 2014, for aggravated assault (felony), assault 2nd degree (misdemeanor), possession of firearms by certain persons (felony), and theft by receiving (misdemeanor).

It is requested that a warrant be issued and a revocation hearing held.  The Government is represented by Assistant U.S. Attorney Michael Gordon.

I declare under penalty of perjury that the foregoing        This form is to be filed with
is true and correct.                                         Criminal Docketing as a motion.

Executed on ___July 11, 2014___

_____                    _____
Daniel M. Cole                               Michael Gordon
U.S. Probation Officer                       Assistant U.S. Attorney

Date:   July 11, 2014                        Date:   7/15/14

_____
Supervisor's Signature