**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                PLAINTIFF

vs.                                              NO.  4:09CR00049-002  SWW

ALONZO HAMPTON                                                                          DEFENDANT

**ORDER**

The above entitled cause came on for hearing March 16, 2015 on government's petition to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas.  Based upon the admissions of the defendant, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the government's motion to revoke [doc #97] is *granted* and the supervised release previously granted this defendant is hereby *revoked*.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of *EIGHT (8) MONTHS* in the custody of the Bureau of Prisons to run concurrently to the undischarged term of imprisonment defendant is currently serving in the Arkansas Department of Corrections.  The Court recommends that defendant be incarcerated in FCI, Texarkana, Texas; and that defendant participate in substance abuse programs and treatment and mental health counseling with an emphasis on anger management during incarceration.

There will be *NO* term of supervised release following the term of incarceration.

The defendant is remanded to the custody of the U. S. Marshal Service to be transported to designated facility for service of the sentence imposed.

DATED this 18th day of March 2015.

/s/Susan Webber Wright
United States District Judge